IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| GRAY, INC., | ) | |
| | ) | C.A. No. 6:09-CV-751-HFF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER STAYING LITIGATION** |
| MICHAEL A. RIGG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on Joint Motion of Plaintiff Gray, Inc. and Defendant Michael A. Rigg for an Order staying litigation. Based on the Joint Motion, the Court finds that there is sufficient cause to stay this litigation due to a settlement that has been reached between the parties but not yet finalized. Accordingly, it is hereby

**ORDERED** that the above-captioned case be stayed pending consummation of the settlement agreement.

s/Henry F. Floyd
Henry F. Floyd
United States District Judge

Dated:  June 10, 2009
Spartanburg, South Carolina